

# Fourth Court of Appeals
## San Antonio, Texas

September 2, 2021

No. 04-21-00352-CV

**In re Brown Sims, P.C. and Nelson D. Skyler**

Original Mandamus Proceeding[1]

**ORDER**

Sitting:    Rebeca C. Martinez, Chief Justice
           Luz Elena D. Chapa, Justice
           Liza A. Rodriguez, Justice

On August 23, 2021, relator filed a petition for writ of mandamus and an emergency motion to stay certain deadlines pending final resolution of the petition for writ of mandamus. This court believes a serious question concerning the mandamus relief sought requires further consideration. See TEX. R. APP. P. 52.8(b). The respondent and the real party in interest may file a response to the petition in this court no later than **September 17, 2021**. Any such response must conform to Texas Rule of Appellate Procedure 52.4.

Relator's request for temporary relief is GRANTED. The September 21, 2021 expert designation deadline, October 27, 2021 expert challenge hearing deadline, and November 1, 2021 discovery deadline in the trial court's March 3, 2021 Third Amended Docket Control Order, as amended by the parties by agreement pursuant to Texas Rule of Civil Procedure 11, are STAYED pending final resolution of the petition for writ of mandamus.

It is so **ORDERED** on September 2, 2021.

PER CURIAM

ATTESTED TO: _____
Michael A. Cruz,
Clerk of Court



---

[1] This proceeding arises out of Cause No. DC-18-55, styled *L.W. Matteson, Inc., et al. v. Browns Sims, et al.*, pending in the 381st Judicial District Court, Starr County, Texas, the Honorable Jose Luis Garza presiding.

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 2nd day of September, 2021.

_____
MICHAEL A. CRUZ, Clerk of Court